AO 91 (Rev. 11/11)  Criminal Complaint

United States District Court
Southern District Of Texas
FILED

JAN 28 2020

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| David Bernard Jr. OLSON (YOB: 1968) USC | ) Case No. M-20-0242-M |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __01/27/2020__ in the county of __Willacy__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 21 USC 841 | Conspiracy to Possess with the Intent to Distribute and Possession with Intent to Distribute Cocaine, approximately 32.900 kilograms, a schedule II controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I)

☑ Continued on the attached sheet.

Approved by AUSA S. DIPIAZZA
S. DiPiazza

_____
Complainant's signature

Kevin Buechner, DEA Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __01/28/2020__

_____
Judge's signature

City and state: __McAllen, Texas__

J. Scott Hacker, U.S. Magistrate Judge
Printed name and title

# ATTACHMENT 1

1. At approximately 10:29 a.m. Texas State Trooper conduct a traffic stop on a black Jeep due to an unsafe lane change. The driver and sole occupant of the vehicle was identified as David Bernard OLSON Jr. The Texas State trooper requested consent to search the vehicle and OLSON denied consent. The Texas State Trooper stated the OLSON appeared to be very nervous and observed large duffle bags in the back of the Jeep. Then DEA SAs contacted Harlingen Border Patrol and requested assistance from a Border Patrol K9 handler.

2. At approximately 11:19 a.m. Border Patrol K9 handler performed a free air sniff around the black Jeep Wrangler. The Border Patrol K9 handler then notified agents that there was a positive detection of narcotics by the K9.

3. At approximately 11:20 a.m., the vehicle was searched and forty-two bricks of suspected cocaine (approximately 32.900 kilograms) wrapped in brown duct tape was found in three (3) bags in the rear cargo area of the jeep.

4. At approximately 3:38p.m., DEA SAs conducted an interview of OLSON. OLSON said he knew that there was illegal drugs in his vehicle and he knew he was going to transport narcotics. OLSON stated he has done this numerous times over the span of five (5) years.

5. The suspected cocaine weighed approximately 32.900 kilograms.